Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 18, 2016

**SHELLEY D. KROHN, TRUSTEE**
E-mail: Shelley@TrusteeKrohn.com
228 South 4th Street, Suite #300
Las Vegas, NV 89101
Telephone: (702) 421-2210
Facsimile: (702) 366-1939

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In Re:

DENNIS WALKER

CAROLYN WALKER

Debtors.

Chapter 7
Case No. 15-15136-MKN

**ORDER AUTHORIZING TRUSTEE'S EX PARTE APPLICATION TO EMPLOY REAL ESTATE BROKER ON A COMMISSION BASIS**

Based upon the ex parte application of Trustee, praying for authority to employ a real estate broker on a commission basis, and the Court is satisfied that VALUE BROKERAGE & SERVICES represents no interest adverse to the Debtor(s) or the bankruptcy estate and that its employment is necessary and would be in the best interest of the estate,

IT IS HEREBY ORDERED that the Trustee is authorized to retain VALUE BROKERAGE & SERVICES as the real estate broker to secure, market and sell the Debtor's real property located at 625 Bright Lights Avenue, N. Las Vegas, NV 89031 on no greater than

-1-

1. 6% basis, and under the terms set forth in the Trustee's Motion and in the Listing Agreement
2. attached to the Motion.
3. SUBMITTED BY:
4.
5. _[signature]_
   SHELLEY D. KROHN, TRUSTEE
6.
7. _[signature]_
   APPROVED/DISAPPROVED:
8.
9. _[signature]_
10. OFFICE OF THE US TRUSTEE
11.
    ###
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.