_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
October 24, 2016

_____

SHELLEY D. KROHN, Trustee
E-mail: Shelley@TrusteeKrohn.com
510 S. 8th Street
Las Vegas, Nevada 89101
Telephone: (702) 421-2210
Facsimile: (702) 366-1939

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

\*\*\*\*\*

| | |
|---|---|
| In re: | CASE NO. BK-S-15-15136-MKN |
| | CHAPTER 7 |
| DENNIS WALKER | |
| CAROLYN WALKER | Date: October 24, 2016 |
| | Time: 10:00 AM |
| Debtors | |

**ORDER GRANTING TRUSTEE'S MOTION TO SELL
NON-EXEMPT ASSET FREE AND CLEAR OF LIENS AND ENCUMBRANCES**

Shelley D. Krohn, Trustee, filed a Motion to Sell Non-Exempt Asset Free and Clear of Liens and Encumbrances ("Motion") in the above-entitled case. The Motion having come on for hearing on the above date and time, before the United States Bankruptcy Court, District of Nevada; Shelley D. Krohn, Trustee, appearing; the Court having reviewed the motion, finding that service of the motion and notice was proper, no opposition having been filed, that no higher bid was accepted, and good cause appearing, therefore, it is hereby:

1

1     **ORDERED** that the Trustee's MOTION TO SELL NON-EXEMPT ASSET FREE
2 AND CLEAR OF LIENS AND ENCUMBRANCES is granted. It is further
3     **ORDERED** that the Trustee is authorized and directed to execute
4 any and all documents required to complete the sale of the Estate's
5 interest in the real estate located at 625 Bright Lights Avenue, N.
6 Las Vegas, Nevada 89031, and more particularly described as:
7     Santa Rosa, Plat Book 110 Page 100, Lot 50 Block 3
8     APN # 124-27-413-050    ("Real Property"),
9 free and clear of any and all liens and encumbrances, without
10 warranty, and in an "as is" condition to Trevor Boehme and Makayla
11 Nichols, or their assigns, subject to the terms and conditions
12 contained in the Motion, in addition to the terms and conditions
13 contained in the Lender short sale approval. It is further
14     **ORDERED** that the Trustee is authorized to pay liens against the
15 Real Property, realtor commission(s), costs of closing and any other
16 necessary fees to consummate the sale.  It is further
17     **ORDERED** that the Court shall waive Rule 6004(h) requiring a stay
18 on the order.

20 SUBMITTED BY:

22 SHELLEY D. KROHN, TRUSTEE
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

**CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___  The court has waived the requirement of approval under LR 9021(b)(1).

_X_  No party appeared at the hearing or filed an objection to the motion.

___  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

**IT IS SO ORDERED.**

# # #

3